# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANDO J. WEBB,<br><br>       Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>       Defendant. | CIVIL ACTION NO.:  2:17-cv-30 |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant, Portfolio Recovery Associates, LLC ("Defendant"), hereby removes the above-captioned action to this Court based upon the following supporting grounds:

1. On or about November 22, 2016, the above action was filed in the Connecticut Superior Court Small Claims Session.  The caption of the complaint is as follows: *Frando J. Webb v. Portfolio Recovery Associates, LLC*.

2. A copy of the Plaintiff's Small Claims Writ and Notice of Suit and all other process and pleadings served on the Defendant is attached as Exhibit A.

3. The Defendant was served with the Small Claims Writ and Notice of Suit on or about December 8, 2016.

4. Removal is timely under 28 U.S.C. § 1446(b), as fewer than 30 days have elapsed since the Defendant was served with process. *See, e.g.*, *Murphy Bros, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350-51 (1999) ("one becomes a party officially, and is required

to take action in that capacity, only upon service of a summons or other authority-asserting measure stating the time within which the party served must appear and defend").

5. Removal of this action to this Court is permissible pursuant to Federal question jurisdiction under the provisions of 28 U.S.C. § 1441(a) because it is a civil action founded on a claim or right arising under the laws of the United States, to wit, the Fair Debt Collection Practices Act ("FDCPA"). (Ex. A, p. 4) ("This action is being brought under the Fair Debt Collection Act.")

6. The FDCPA expressly provides that "[a]n action to enforce any liability created by this title may be brought in any appropriate United States District Court without regarding the amount in controversy." *See* 15 U.S.C. § 1692k(d); *see also Gardner v. TBO Capital LLC*, 986 F. Supp. 2d 1324, 1329 (N.D. Ga. 2013) ("It is undisputed that the Court has Federal question subject-matter jurisdiction over plaintiffs' FDCPA claim."); *Clayton v. EMC Mortg. Corp.*, 2010 WL 1817341 at *1 (M.D. Fla. May 5, 2010) ("The Amended Complaint clearly alleges a claim under the FDCPA, and, therefore, provides federal question jurisdiction.").

7. Plaintiff also asserts claims under the Fair Credit Reporting Act ("FCRA"). (Ex. A, p. 4). The FCRA expressly provides that "[a]n action to enforce any liability created under this subsection may be brought in any appropriate United States District Court, without regarding to the amount in controversy." *See* 15 U.S.C. § 1681p; *see also Washington v. Direct Gen. Ins. Agency*, 130 F. Supp. 2d 820, 823 (S.D. Miss. 2000) ("actions brought in state court under the FCRA are removable to Federal district court.").

8. In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this removal notice will be given to the Plaintiff, and will be filed with the Clerk of Courts for the Connecticut Superior Court Small Claims Session following the filing of this notice.

WHEREFORE, the Defendant, Portfolio Recovery Associates, LLC, hereby removes this action from the Connecticut Superior Court Small Claims Session, to the United States District Court for The District of Connecticut.

Respectfully submitted,
Portfolio Recovery Associates, LLC

By Its Attorney,

*/s/ Marissa I. Delinks*
Marissa I. Delinks, CT #29369
mdelinks@hinshawlaw.com
HINSHAW & CULBERTSON LLP
28 State Street, 24th Floor
Boston, MA 02109-1775
617-213-7000

Date:   January 6, 2017

## CERTIFICATE OF SERVICE

I, Marissa I. Delinks, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). A copy of this document will also be sent by first class mail as follows:

Frando Webb
23 Ward Place
Hartford, CT 06106

*/s/ Marissa I. Delinks*
Marissa I. Delinks

3