| SMALL CLAIMS WRIT AND NOTICE OF SUIT | CONNECTICUT SUPERIOR COURT | For Court Use Only |
|---|---|---|
| JD-CV-40 Rev. 9-16 | SMALL CLAIMS SESSION | Do Not Write In This Space |
| C.G.S. §§ 51-15, 51-345(g) | *Type or print legibly. This Writ and Notice of Suit must be served on (delivered to) the defendant(s) before filing it with the court. See Instructions to Plaintiff on reverse.* | Barcode Label Only |

1.) Information that will determine where the trial will be

2.) Is this a claim between a landlord and a tenant (renter)? ("X" one) ☐ Yes ☒ No
3.) If you answered "yes" to question #2 above, state the town where the rental premises is located: _____

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | ("X" One) | | |
|---|---|---|---|---|
| 4. First Plaintiff | Name: Frando J. Webb<br>Address: 23 Ward Place Hartford, Connecticut 06106<br>Telephone: 860-840-8675 | ☒ Individual | ☐ LLC ☐ DBA | ☐ Partnership ☐ Corporation | P-01 |
| Additional Plaintiff | Name:<br>Address:<br>Telephone: | ☐ Individual | ☐ LLC ☐ DBA | ☐ Partnership ☐ Corporation | P-02 |

5.) Name, address and zip code of Attorney for Plaintiff(s) | Attorney's Juris number | Telephone number *(w/area code)*

| 6. First Defendant | Name: Portfolio Recovery Associates, LLC<br>Address: c/o CSC of America 1111 East Main Richmond, VA 23219<br>Telephone: 1-800-772-1413 | ☐ Individual | ☒ LLC ☐ DBA | ☐ Partnership ☐ Corporation | D-01 |
|---|---|---|---|---|---|
| Additional Defendant | Name:<br>Address:<br>Telephone: | ☐ Individual | ☐ LLC ☐ DBA | ☐ Partnership ☐ Corporation | D-02 |

For more than 2 plaintiffs/defendants, attach *Continuation of Parties* (form JD-CV-67) and "X" box. ☐

7.) If this claim is a consumer debt (a debt or obligation made primarily for personal, family or household reasons), give the reasons why you believe that the statute of limitations has not expired.

**Recent correspondence**

8.) How did you check in the last 6 months that the address given for defendant(s) is accurate? "X" all boxes that apply and provide the dates that the address was checked.

☐ 1) I checked town or city records (for example, checking a street list or tax records); _____ *(date checked)*

☐ 2) I checked with the Department of Motor Vehicles; _____ *(date checked)*

☒ 3) I received correspondence (letters or other mail) from the defendant with that return address; **10/18/2016** _____ *(date checked)*

☐ 4) I received other proof from the defendant that the address is current;
_____ *(description of proof and date checked)*

☐ 5) I mailed by first class mail, at least 4 weeks before this small claims action was filed, a letter to the defendant at the address used and the letter has not been returned to me by the United States Postal Service. _____ *(last date checked for returned letter)*

| 9.) Amount claimed* | Plus Costs | ☐ **Plus pre-judgment interest | **If you check one or more boxes, you MUST explain how much you want for each item in section 10 below. |
|---|---|---|---|
| **$1,243.74** | | ☐ **Plus double damages for security deposit withheld | |

*The Amount Claimed may not be more than $5,000.
Do not include amounts for pre-judgment interest or doubling the security deposit in this box.

**To Defendant(s):**

10.) **You are being sued.** The Plaintiff(s) claims you owe the above amount plus costs and pre-judgment interest and/or double damages for a withheld security deposit (if checked) for the following reasons:

**Damage to credit report with erroneous trade line.**

The person signing below, being duly sworn, states that he or she has read the claim above and the information contained in this form and, to the best of his or her knowledge, information and belief, there is good ground to support the claim and the information is true.

| 11.) Signed | Type in name of person signing at left and title, if applicable<br>**Frando Webb** | For Court Use Only *(Date/Stamp)* |
|---|---|---|
| Subscribed and sworn to before me on *(Date)* 12/22/16 | Signed (Clerk, Notary, Commissioner of Superior Court) | A COPY |

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA/.

Distribution: Original - Court | Copy 1 - Defendant | Copy 2 - Defendant | Copy 3 - Plaintiff

**INSTRUCTIONS TO DEFENDANT**
**(NOTICE TO PERSON BEING SUED)**
JD-CV-121 New 1-11

Please read the instructions carefully.

*For more information, get a copy of HOW SMALL CLAIMS COURT WORKS (form JDP-CV-45) from the Clerk's Office or from our website at www.jud.ct.gov/faq/smallclaims.html.*

### What Do I Have To Do To Defend This Case?

The person suing you (the Plaintiff) delivered to you (served you with) a copy of the Small Claims Writ and Notice of Suit and related documents, if any. After serving you, the plaintiff will file the Small Claims Writ and Notice of Suit and related documents with the court. The court will send an Answer form to you with the number the court assigns to the case, called the "docket number" of the case, and the date you must file your Answer by. This should happen soon but could be up to 6 weeks depending on when the plaintiff files the case with the court.

The Answer is your response or reply to the claim by the plaintiff. Your Answer should be brief but specific. Fill out the entire Answer form and sign it. Keep a copy for yourself and send a copy to each attorney or other representative of the plaintiff, or if the plaintiff is representing himself or herself, to the plaintiff. Send the original Answer form to the court by mail, fax or hand delivery at the address or fax number shown below on or before the answer date. Please be sure to give us any change of your address.

Do not answer until you get the Answer form from the court but if you do not get an Answer form within 6 weeks of being served, contact the court to ask why. If you do not file an Answer in writing with the court, a money judgment could enter against you. This is called a default judgment.

You may make an agreement with the plaintiff before the plaintiff files the lawsuit in court or at any time before the court enters a judgment. You may hire a lawyer to represent you if you want to.

You can find helpful information on our website at: http://www.jud.ct.gov/faq/smallclaims.html and you may check the status of your case after it has been given a docket number at: http://www.jud2.ct.gov/Small_Claims/.

If you have any questions, you can visit or call the Centralized Small Claims Office at 80 Washington Street, Hartford, CT 06106. The telephone number in the Hartford area is 860-756-7800. The toll free telephone number in Connecticut is 866-383-5927. The fax number is (860) 756-7805.

You do not need an attorney even if the plaintiff has one. However, you can have an attorney if you want to hire one.

If you want to use the regular rules of court in this case or if you want the right to appeal this case, you must file a motion to transfer the case to the regular civil or housing docket of the superior court. You may need an attorney to help you in filing that motion and you will have to pay fees to file it. The motion to transfer **must** be filed, in writing, with an affidavit and with the correct fees, **on or before the answer date.**

### What Happens If I Do Not File An Answer?
If you do not file an Answer, the file will be reviewed by a magistrate who will decide whether a judgment can enter without a hearing for the full amount of the claim plus court costs, or whether the case needs to be set down for a trial.

### What Happens If I File An Answer?
**Do not go to court on the answer date.** After the court receives your Answer, a trial will be scheduled if one is required. Cases are scheduled for trial as quickly as possible.

### What Should I Do If The Plaintiff Owes Me Money?
If you claim the plaintiff owes you money, this is called a counterclaim. Explain how much the plaintiff owes you and why in the counterclaim section of the Answer form.

### What If I Know I Owe The Plaintiff Some Money?
If you think you owe the plaintiff something, but you do not agree with the amount the plaintiff is asking for or you are not sure how much you owe the plaintiff, you should file a written Answer. This gives you a chance to come to court for a trial to question how the plaintiff added up the amount claimed.

### What Should I Do If I Admit That I Owe The Plaintiff The Whole Amount?
If you are sure that you owe the whole amount but you want time to pay, you must file an Answer **not later than the Answer date**, stating that you want time to pay the claim and why you are asking for the extra time to pay. You may ask for a period of time during which you can make payments that you suggest. If you do not, and you are an individual, the court will enter a judgment with an order of payments of $35.00 each week until the judgment is paid. If you ask to pay less than $35.00 per week and the plaintiff does not agree, a trial will be scheduled.

A judgment against a business entity, for example, a corporation, or a judgment against a landlord for return of a security deposit, will be ordered paid in the full amount. This will be entered as a judgment of the court.

If you pay the plaintiff/plaintiff's attorney the full amount owed **plus costs**, if any, before the answer date, tell the court on the Answer form. Do not send payment(s) to the court.

### Where And When Do I Have To Go To Court?
If a trial is required, you will be sent a notice of the date, time and place of the trial. Even if you filed an Answer or a request for time to pay, the court can enter a judgment against you if you do not come to court on the date and time set for the trial.

### What Do I Need To Bring To Court?
On the day of the trial, you must bring all your witnesses and evidence (bills, invoices, checks) to court with you. This includes any defective or damaged goods that can be brought to court safely and easily, estimates of damages, pictures, and anything else that you want the court to look at. Be complete and organized in your case. **A small claims judgment cannot be appealed.**

> The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA/.

# Small Claims Writ of Notice

Frando Webb.          *vs*          Portfolio Recovery.
23 Ward Place.                       Associates, LLC
Hartford, CT. 06106                  ℅ Corporation
                                     Service Company of America
                                     16th Floor
                                     1111 East Main.
                                     Richmond, VA   23219

**Acct. No**: 5178058228018233

I paid off this balance in January, 2014.

Not once since opening this account had I made a late payment.

Moreover, just before eliminating the balance, I was assured by Capitol One that a $20 discrepancy had been resolved.

I'm seeking $1,243.74--along with damages provided under statutes, as well as costs; or, the permanent removal of this debt from my credit report and from Portfolio's files.

This action is being brought under the: *Fair Debt Collection Act, Fair Credit Reporting Act, Section (5) of The Federal Trade Commission Act; the Fair Credit Billing Act;* Connecticut consumer credit and commerce statutes.

**Per Connecticut Practice Book** Sec. 24-204A.--*Request for Documents; Depositions*

**Please forward:**

--The date of last payment
--Principal amount owed on December, 2013
--Principal amount owed on September, 2014
--Finance charges, for the year prior to account closure

**--All resolved disputes through Capital One's Customer Relations Management System for the year prior to closure**

--Monthly account statements for the year prior to closure

--The debt sale contract between Capital One and Portfolio Recovery for the portfolio of debt that included this account

--All directives after July, 2014 from the Office of the Comptroller of the Currency to Capital One regarding debt.sales.

--Notice by Capital One to customer of negative information reported to credit reporting agency.



# Portfolio Recovery Associates, LLC

September 16, 2016

**Seller:** CAPITAL ONE BANK (USA) N.A.
**Original Creditor:** CAPITAL ONE BANK (USA) N.A.
**Original Creditor Address:** 4851 COX ROAD, GLEN ALLEN VA 23060
**Creditor to Whom Debt is Owed:** PORTFOLIO RECOVERY ASSOCIATES, LLC
**Account Number:** 5178058228018233
**Current Balance:** $1,243.73

FRANDO J WEBB,

Welcome to Portfolio Recovery Associates, LLC ("PRA, LLC")! We want to help you resolve this account, so call us at 1-800-772-1413 for low payment options. If paying off this debt is difficult for you please call anyway, because we have payment options for almost every budget.

PRA, LLC purchased account 5178058228018233 on 11/18/2015. All future payments and correspondence for this account, including credit counseling service payments, should be directed to us.

> **Call toll-free at 1-800-772-1413 to discuss payment arrangements.**
> **8 AM to 11 PM Mon.-Fri., 8 AM to 8 PM Sat., 11 AM to 10 PM Sun. (EST)**
> **Contact us at help@portfoliorecovery.com to communicate with us by e-mail.**

## Various Payment Options Available Including:

| Pay by Phone: ☎ | Mail: ✉ | Online: 🖳 |
|---|---|---|
| • Authorize automatic withdrawals from your bank account<br>• Complete a debit card payment | • Complete the attached coupon<br>• Make all checks and payments to:<br>Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | • Complete a payment from your checking account<br>• Pay us online at:<br>www.portfoliorecovery.com |

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

**This communication is from a debt collector and is an attempt to collect a debt.**
**Any information obtained will be used for that purpose.**
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

001