UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANDO J. WEBB,<br><br>            Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>            Defendant. | CIVIL ACTION NO.:  2:17-cv-30 |

## NOTICE OF APPEARANCE

Please enter the appearance of Marissa I. Delinks on behalf of the Defendant, Portfolio Recovery Associates, LLC, relative to the above-referenced matter.

                              Respectfully submitted,
                              Portfolio Recovery Associates, LLC

                              By Its Attorney,

                                 */s/ Marissa I. Delinks*
                              Marissa I. Delinks, CT #29369
                              mdelinks@hinshawlaw.com
                              HINSHAW & CULBERTSON LLP
                              28 State Street, 24th Floor
                              Boston, MA 02109-1775
Date:     January 6, 2017     617-213-7000

## CERTIFICATE OF SERVICE

        I, Marissa I. Delinks, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  A copy of this document will also be sent by first class mail as follows:

Frando Webb
23 Ward Place
Hartford, CT 06106

                                        */s/ Marissa I. Delinks*
                                        Marissa I. Delinks

34718515v1 2005